United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sean Massey
Miranda L. Massey
     Debtors

Case No. 15-18259-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey                 Page 1 of 1                  Date Rcvd: Jan 13, 2017
                              Form ID: pdf900              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db/jdb         +Sean Massey,    Miranda L. Massey,    1701 N. 62nd Street,    Philadelphia, PA 19151-3926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 14 2017 02:10:08      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2017 02:08:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 14 2017 02:10:04      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Miranda L. Massey ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Sean  Massey ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Sean  Massey ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Miranda L. Massey ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Sean Massey | | |
| Miranda L. Massey | | |
| DEBTOR | : | BKY. NO. 15-18259JKF |

## ORDER

AND NOW, this          day of                    2017, upon consideration of Debtors' Motion to Modify Chapter 13 plan after Confirmation,

It is hereby Ordered that the motion is Granted and the second modified plan filed December 6, 2016 as document 47 is approved.

By the Court:

_/s/ Jean K. FitzSimon_

**Date: January 13, 2017**

Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE

cc:    Michael A. Cataldo, Esquire
       Cibik & Cataldo, P.C.
       1500 Walnut Street, Ste. 900
       Philadelphia, PA  19102

       William C. Miller, Esquire
       Chapter 13 Trustee
       P.O. Box 1229
       Philadelphia, PA 19105