# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-18259-JKF

SEAN MASSEY
MIRANDA L. MASSEY
1701 N. 62ND STREET

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SEAN MASSEY
    MIRANDA L. MASSEY
    1701 N. 62ND STREET

    PHILADELPHIA, PA 19151


Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                  /S/ William C. Miller

Date: 5/1/2017                            _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee