**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SEAN MASSEY                                           Chapter 13
MIRANDA L. MASSEY

                Debtor              Bankruptcy No. 15-18259-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: September 29, 2017**

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
SEAN MASSEY
MIRANDA L. MASSEY
1701 N. 62ND STREET

PHILADELPHIA, PA 19151