United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-18259-elf
Sean Massey                                                         Chapter 13
Miranda L. Massey
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 2           Date Rcvd: Sep 29, 2017
                            Form ID: pdf900          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.
```
db/jdb         +Sean Massey,   Miranda L. Massey,   1701 N. 62nd Street,   Philadelphia, PA 19151-3926
13634063       +Art Institute of Philadelphia,   1622 Chestnut Street,   Philadelphia, PA 19103-5198
13634064       +Capital One,   Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
13634071       +Eagle One Federal Credit Union,   2303 Frankford Avenue,   Philadelphia,PA 19125-2009
13634073       +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
13634074       +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
13634075       +First Select,   4460 Rosewood Drive,   Pleasanton, CA 94588-3038
13634078       +KML Law Group,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
13687271        Navient Solutions Inc.,   Department of Education Loan Services,   P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
13665528        Navient Solutions, Inc,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
13639924        Navient Solutions, Inc. on behalf of USA Funds,   Attn: Bankruptcy Litigation Unit E3149,
                 PO Box 9430,   Wilkes Barre, PA  18773-9430
13634080       #+Northland Group,   PO Box 129,   Thorofare, NJ 08086-0129
13634081        PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13634084       +Scott Watson, Esquire,   30 Regency Plaza,   Glen Mills, PA 19342-1001
13634085       +Slm Financial Corp,   11100 Usa Pkwy,   Fishers, IN 46037-9203
13634086       +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
                 Chicago, IL 60661-3631
13733908       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,   PHFA Loan Servicing Division,
                 211 North Front Street,   Harrisburg, PA 17101-1466
13649225        United States Department of Education,   Claims Filing Unit,   P O Box 8973,
                 Madison, WI  53708-8973
13634087       +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860
13634089       +Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
13634090       +Windham Professionals,   380 Main Street,   Salem, NH 03079-2412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 30 2017 01:32:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 30 2017 01:32:15
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 30 2017 01:32:32     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13661647        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2017 01:39:07
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13634067        E-mail/Text: bankruptcy@phila.gov Sep 30 2017 01:32:51     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102
13634068        E-mail/Text: bankruptcy@phila.gov Sep 30 2017 01:32:51     City of Philadelphia,
                 Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
13634065       +E-mail/Text: ecf@ccpclaw.com Sep 30 2017 01:31:46     Cibik and Cataldo, P.C.,
                 1500 Walnut St., Suite 900,   Philadelphia, PA 19102-3518
13634069       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 30 2017 01:32:59
                 Comcast Cable,   P.O. Box 3006,   Southeastern, PA 19398-3006
13634070       +E-mail/PDF: pa_dc_ed@navient.com Sep 30 2017 01:38:52     Dept Of Ed/navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13634072       +E-mail/Text: bknotice@erccollections.com Sep 30 2017 01:32:22     Enhanced Recovery Corp,
                 Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13634076       +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:39:06     GECRB/ Old Navy,
                 Attention:  GEMB,   PO Box 103104,   Roswell, GA 30076-9104
13634077        E-mail/Text: cio.bncmail@irs.gov Sep 30 2017 01:31:51     I.R.S.,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13634079       +E-mail/PDF: pa_dc_claims@navient.com Sep 30 2017 01:38:59     Navient,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
13658232       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 30 2017 01:31:53     PECO Energy Company,
                 Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13634083        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2017 01:46:11
                 Portfolio Recovery,   Attn: Bankruptcy,   PO Box 41067,   Norfolk, VA 23541
13640216        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2017 01:46:00
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13634082       +E-mail/Text: blegal@phfa.org Sep 30 2017 01:32:22     Pa Housing Finance Age,   PO Box 8029,
                 Harrisburg, PA 17105-8029
13634088       +E-mail/PDF: pa_dc_litigation@navient.com Sep 30 2017 01:38:59
                 Usa Funds/sallie Mae Servicing,   Attention: Bankruptcy Litigation Unit,   E3149, PO Box 9430,
                 Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 18
```

```
District/off: 0313-2          User: Randi              Page 2 of 2                  Date Rcvd: Sep 29, 2017
                              Form ID: pdf900          Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13634066*       +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Miranda L. Massey ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Sean  Massey ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Miranda L. Massey ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Sean  Massey ecf@ccpclaw.com, igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SEAN MASSEY                                   Chapter 13
MIRANDA L. MASSEY

                Debtor                        Bankruptcy No. 15-18259-JKF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: September 29, 2017**

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-


Debtor:
SEAN MASSEY
MIRANDA L. MASSEY
1701 N. 62ND STREET

PHILADELPHIA, PA 19151